

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-08-00002-CV

_____

IN RE:  ADONIS TARBUTTON

Original Mandamus Proceeding

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Adonis Tarbutton has petitioned this Court to issue a writ of mandamus compelling Collin County Criminal District Attorney John Roach to provide any exculpatory evidence Roach may have in his possession. We are without jurisdiction to issue a writ of mandamus against a district attorney. *See* TEX. GOV'T CODE ANN. § 22.221(b) (Vernon 2004); *In re Ruston*, No. 05-07-01379-CV, 2007 Tex. App. LEXIS 8726 (Tex. App.—Dallas Nov. 2, 2007, orig. proceeding) (mem. op., released for publication).

We deny Tarbutton's petition.

Bailey C. Moseley
Justice

Date Submitted:      January 15, 2008
Date Decided:      January 16, 2008